An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

DOYLE CHASE BARNETT A/K/A
DOYLE CHASE BARNETT, III,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 61838

**FILED**

MAY 1 3 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER OF AFFIRMANCE

This is a proper person appeal from an order of the district court denying a motion to correct an illegal sentence.[1]  Second Judicial District Court, Washoe County; Patrick Flanagan, Judge.

In his motion filed on July 25, 2012, appellant claimed that the habitual criminal enhancement violated *Apprendi v. New Jersey*, 530 U.S. 466 (2000) and *Blakely v. Washington*, 542 U.S. 296 (2004). Appellant failed to demonstrate that his sentence was facially illegal or that the district court lacked jurisdiction. *See Edwards v. State*, 112 Nev. 704, 708, 918 P.2d 321, 324 (1996). This court has held that NRS 207.010 does not violate *Apprendi*. *See O'Neill v. State*, 123 Nev. 9, 16, 153 P.3d

_____

[1]This appeal has been submitted for decision without oral argument, NRAP 34(f)(3), and we conclude that the record is sufficient for our review and briefing is unwarranted. *See Luckett v. Warden*, 91 Nev. 681, 682, 541 P.2d 910, 911 (1975).

SUPREME COURT
OF
NEVADA

(O) 1947A

10 - 14058

38, 43 (2007). We therefore conclude that the district court did not err in denying appellant's motion. Accordingly, we

ORDER the judgment of the district court AFFIRMED.

_____, J.
Gibbons

_____, J.
Douglas

_____, J.
Saitta


cc: Hon. Patrick Flanagan, District Judge
Doyle Chase Barnett
Attorney General/Carson City
Washoe County District Attorney
Washoe District Court Clerk